IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01434–EWN–BNB

DEBORAH MARCUS and
BARRY MARCUS,

      Plaintiffs,

v.

COLORADO AUTO INC.,
d/b/a Colorado Auto Finders,

      Defendant.


      Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE OF
PLAINTIFFS' THIRD AND FOURTH CAUSES OF ACTION**

---

This matter comes before the Court for the Dismissal with prejudice of the Plaintiffs' Third and Fourth Causes of Action ("the individual claims") as contained in a Settlement Agreement dated February 9, 2006 and in the Parties Notice of Settlement and Proposed Procedures filed with this Court on January 19, 2006.  The Court having carefully considering all papers filed and proceedings held herein and otherwise being informed has determined that there is no just reason for delay of the entry of this Final Judgment Dismissing Plaintiffs' Third and Fourth Causes of Action. Accordingly, the Court Directs Judgment which shall constitute a final adjudication of the individual claims in this matter.  IT IS HEREBY

      ORDERED:

The Court dismisses on the merits, with prejudice and without costs, except as provided in the Settlement Agreement, the Third and Fourth Causes of Action, otherwise known as "the individual claims" of the Plaintiffs against the Defendant.

Dated this 16th day of March, 2006.

> s/ Edward W. Nottingham
> EDWARD W. NOTTINGHAM
> United States District Judge