IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Deborah and Barry Marcus ) | |
| ) | CASE NO. 05-CV-01434-EWN-BNB |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Colorado Auto Inc., d/b/a Colorado ) | |
| Auto Finders ) | |
| ) | |
| Defendants ) | |

FINAL JUDGMENT AND ORDER OR DISMISSAL

---

This matter comes before the Court for final approval of the class action settlement as set forth in the Class Action Settlement Agreement dated February 9, 2006, relating to the above-captioned class action between Deborah and Barry Marcus as Plaintiffs and Colorado Auto Inc., as Defendant. The Court having carefully considering all papers filed and proceedings held herein and otherwise being informed has determined : (1) that the agreement should be approved, and (2) that there is no just reason for delay of the entry of this Final Judgment. Accordingly, the Court Directs Judgment which shall constitute a final adjudication of the class action as to the parties to the Settlement Agreement. Gould cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Court hereby finds that the distribution of the Notices of Proposed Settlement fully and accurately informs all persons of all material elements of the proposed settlement, constitutes the best notice practicable under the circumstances, constitutes valid and sufficient notice to all Class Members and complies fully with the requirements of due process considerations of the United States and Colorado Constitutions.

2. The Court hereby approves the settlement and the distribution of settlement benefits as set forth in the Agreement as fair, reasonable and adequate in all respects pursuant to Fed. R.Civ. P. 23 and all other applicable laws, and orders the parties to consummate the settlement in accordance with the terms of the Agreement.

3. The Court hereby decrees that neither the Final Judgment nor the agreement shall constitute an admission by the Defendant of any liability or wrongdoing

1

whatsoever.

4. The Court dismisses on the merits, with prejudice and without costs, except as provided in the Settlement Agreement, all claims of the Plaintiffs and the Class against Defendant.

5. The Court hereby decrees that all class members shall, as of the entry of the Final Judgment, conclusively be deemed to have released and forever discharged Defendant Colorado Auto Inc. from all released claims, and forever be enjoined and barred from asserting, instituting or prosecuting any released claim in any Court, tribunal or governmental agency as provided for in the Agreement;

6. The Court hereby awards reasonable attorneys fees, as determined by the Court, to Plaintiffs' counsel as provided in the Settlement Agreement for the class claims in the amount of $20,573.74, awards costs in the amount of $455.87 and class representative fees in the amount of $2,000.00. Any fees and costs attributable to Plaintiffs' individual claims were previously settled by separate agreement.

7. The Court having affecting the finality of the Final Judgment, reserves exclusive and continuing jurisdiction over this action, the Plaintiffs, Class Members and their counsel and Defendant Colorado Auto Inc., and their counsel for the purpose of, among other things, supervising the implementation, enforcement, construction and interpretation of the Agreement, the Preliminary Settlement Approval Order and the Final Judgment including but not limited to the Defendants agreement to discontinue charging more than the statutorily permitted filing fees in any future transactions unless permitted by applicable law.

SO ORDERED, this **30** day of **June**, 2006.

_____
Edward W. Nottingham U.S. District Court Judge

2